GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar Number: 112613
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    Email: russell.chittenden@usdoj.gov

Attorneys for Defendants

E-FILED: 1/5/10
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADELAIDA B. ANTONIO, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; TIMOTHY F. GEITHNER, SECRETARY OF THE TREASURY; KATHLEEN SEBELIUS, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF HEALTH SERVICES; MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; and THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | No. CV 08-04526 GHK (FFMx)<br><br>[~~PROPOSED~~] ORDER TO DISMISS ACTION |

IT IS HEREBY ORDERED that this action be dismissed with~~out~~ prejudice, each side to bear it own costs.

DATED: 1/4/10

/signature/

UNITED STATES DISTRICT JUDGE